IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 2 1 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| LORNA WYCKOFF and RANDOLPH WYCKOFF, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| GREIF, INC., | ) ) ) |
| Defendant. | ) |

Case No. 6:17CV00045
State Court No. CL17000139-00

**O R D E R**

This case was recently removed from the Circuit Court for Amherst County ("your

Court") to the United States District Court for the Western District of Virginia at Lynchburg.

This court finding it necessary and proper to do so, it is hereby REQUESTED that the original

case file in your Court be forwarded to the Clerk of this court at 1101 Court Street, Room A-66,

Lynchburg, Virginia 24504.

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for

Amherst County.

ENTERED:   This 14th day of June, 2017.


NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

A TRUE COPY, TESTE:
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Untitled

Amherst County Circuit Court
Office of the Clerk
P. O. Box 462
Amherst, VA  24521

**VIRGINIA: IN THE CIRCUIT COURT FOR AMHERST COUNTY**

**LORNA WYCKOFF, and**
**RANDOLPH WYCKOFF,**

Plaintiffs,

v.

Case No. 17000139

**GREIF, INC.**
**Serve:** CT Corporation System, RA
   4701 Cox Road, Suite 285
   Glen Allen, VA 23060

Filed in Clerk's Office
Amherst Circuit Court

**Defendant.**

MAY 18 2017

Deborah Coffey Mozingo
*Clerk*

**COMPLAINT**

COMES NOW the Plaintiffs, Lorna Wyckoff and Randolph Wyckoff, by counsel, and bring their Complaint against Greif, Inc. as follows:

**PARTIES**

1. Randolph and Lorna Wyckoff are husband and wife and are natural persons that are over the age of 18. Randolph and Lorna Wyckoff primarily reside in Richmond, Virginia.

2. Greif, Inc. ("Greif") is a Delaware corporation with its principal office in Delaware, Ohio. Greif is also registered as a foreign corporation in Virginia and runs a factory located at 861 Fiber Plant Rd., Gladstone, Virginia.

**JURISDICTION AND VENUE**

3. This cause of action arose in the Amherst County, Virginia.

4. This Court has jurisdiction over this matter pursuant to § 17.1-513 of the Code of Virginia (the "Code").

5. Venue is proper in this Court pursuant to Va. Code § 8.01-262(3) and (4).

6.     This Court has personal jurisdiction over the Defendants pursuant to §§ 8.01-328.1(1), (2), and (3) of the Code.

## GENERAL ALLEGATIONS

7.     Randolph and Lorna Wyckoff own a home located at 1642 Edgehill Plantation Road in Gladstone, VA (the "Property").

8.     The Property was built in 1803 and has been in the Wyckoff's family since 1930.

9.     The Wyckoffs have used the Property as a weekend retreat, primarily during the summer and fall months.

10.     On occasion, Randolph and Lorna Wyckoff will spend a weekend at the Property during the winter and spring months, as well.

11.     Sometime during the spring of 2016, the Wyckoffs began hearing a loud constant high-pitched whine emanating from the direction of the Greif, Inc. manufacturing plant (hereinafter referred to as "Greif"), located at 861 Fiber Plant Rd., Gladstone, Virginia.

12.     The high-pitched noise can be heard at every location of the Property and even inside the Wyckoffs' house.

13.     While the volume of the noise may change from day to day, ranging anywhere from a high-pitched whine to a sound like that of a jet engine, the noise is extremely obnoxious.

14.     Because of the noise, the Wyckoffs are unable to enjoy the Property and the noise from the Greif plant obstructs their reasonable and comfortable use of the Property.

15.     Prior to the noise, the Wyckoffs would often sit in their yard, entertain guests there and use the outdoor swimming pool located on the Property. However, because of the noise from Greif, this and other reasonable and comfortable uses of the Property has been obstructed.

16.     Indeed, on some days, the noise from Greif is so loud that the Wyckoffs cannot even obtain a respite from the noise by going inside their house.

17.     The Wyckoffs have attempted to sell the property and based on the housing market in the area, listed the Property for $495,000.

18.     However, because of the constant and obnoxious noise coming from Greif, the Wyckoffs have not been able to sale the Property.

19.     While they have received initial interest from potential buyers, all have immediately lost interest after visiting the home and hearing the noise coming from Greif.

20.     Indeed, on or about April 2, 2016, the Wyckoffs' real estate agent informed them that the noise coming from Greif made the sale of the Property on reasonably favorable terms impossible.

21.     In March 2017, the Wyckoffs' realtor showed the house to prospective buyers. According to the Wyckoffs' realtor, on the day the house was shown, the noise coming from the factory sounded "just like a jet engine" getting ready to take off. The realtor added that although the prospective buyers "loved the house, the [noise] was basically a deal killer for them."

22.     The noise from Greif has diminished the fair market of the Wyckoffs' Property and has made the Property completely unmarketable.

### COUNT I – INJUNCTIVE RELIEF

23.     Plaintiff incorporate by reference all factual allegations contained in the Complaint as though restated herein.

24.     Because of the noise coming from Greif, the Wyckoffs are unable to use and enjoy their property.

25.    Indeed, the noise from Greif has caused an appreciable, substantial tangible injury that affects the comfort and property of the Plaintiffs and has caused actual physical discomfort to the Plaintiffs and unnecessary damage and annoyance.

26.    As such, the Defendant should be enjoined from creating any further nuisance that could harm or interfere with the Wyckoffs' use and enjoyment of the Property.

## COUNT II – PRIVATE NUISANCE

27.    In the alternative to Count I, should the court find that injunctive relief is not warranted and Plaintiffs have a remedy at law, Plaintiffs incorporate by reference all factual allegations contained in the Complaint as though restated herein.

28.    Plaintiffs are the proper and rightful owners of the Property.

29.    The noise emanating from the Defendant's factory has caused injury to the Plaintiff including, among other things, obstructing the Plaintiffs' reasonable and comfortable use of and enjoyment of the Property.

30.    The discomfort and annoyance created by the noise from the Defendant's factory has caused a material disturbance or annoyance in the use of the Property amounting to a private nuisance.

31.    As a direct and proximate result of the Defendant's actions and omissions in creating the above-described nuisance, Plaintiffs have suffered, and will continue to suffer, damages, including diminished use and enjoyment of their property and diminished property value, in the amount of at least $495,000.

WHEREFORE, Plaintiffs request that this Court enter an order:

A.    As to Count I, enjoining the Defendant from interfering with the Plaintiffs' use and enjoyment of their Property.

B.    As to Count II, in the alternative, grant judgment in Plaintiffs favor against the Defendant in the amount of at least $495,000.00 for the compensation for loss or deprivation of rights associated with the Property and for harm resulting therefrom.

C.    Pre- and post-judgment interest at the rate of 6%, and

D.    Such further relief as may seem appropriate to the Court.

Respectfully Submitted,
LORNA WYCKOFF
RANDOLPH WYCKOFF
By counsel

Edward B. Lowry, Esq.        VSB #12199
Jordan E. McKay, Esq.        VSB # 80681
MichieHamlett PLLC
500 Court Square, Suite 300
P.O. Box 298
Charlottesville, Virginia 22902
Phone: (434) 951-7200
Fax:    (434) 951-7242
elowry@michiehamlett.com
jmckay@michiehamlett.com

**COVER SHEET FOR FILING CIVIL ACTIONS**                     Case No. _____ 17000139

COMMONWEALTH OF VIRGINIA                                              (CLERK'S OFFICE USE ONLY)

Amherst ............................................... Circuit Court

Lorna Wyckoff and Randolph Wyckoff _____ v./In re: _____ Grief, Inc.
PLAINTIFF(S)                                                        DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**

**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Counterclaim
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court

**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment

**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
   [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights

**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

**ADMINISTRATIVE LAW**
[ ] Appeal/Judicial Review in Clerk's Office (select one)
[ ] ABC Board
[ ] Board of Zoning
[ ] Compensation Board
[ ] DMV License Suspension
[ ] Employee Grievance Decision
[ ] Employment Commission
[ ] Local Government
[ ] Marine Resources Commission
[ ] School Board
[ ] Voter Registration
[ ] Other Administrative Appeal

*Filed in Clerk's Office
Amherst Circuit Court
MAY 18 2017
Deborah Coffey Mozingo
Clerk*

**DOMESTIC/FAMILY**
[ ] Adoption
   [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
   [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
   [ ] Complaint – Contested*
   [ ] Complaint – Uncontested*
   [ ] Counterclaim/Responsive Pleading
   [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
   [ ] Separate Maintenance Counterclaim

**WRITS**
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

**PROBATE/WILLS AND TRUSTS**
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
   [ ] Guardian/Conservator
   [ ] Standby Guardian/Conservator
   [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
   [ ] Impress/Declare/Create
   [ ] Reformation
[ ] Will (select one)
   [ ] Construe
   [ ] Contested

**MISCELLANEOUS**
[ ] Amend Death Certificate
[ ] Appointment (select one)
   [ ] Church Trustee
   [ ] Conservator of Peace
   [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
   [ ] Reinstatement pursuant to § 46.2-427
   [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[x] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
   [ ] Correct Erroneous State/Local
   [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[x] Other (please specify) ...............
Private Nuisance

[x] Damages in the amount of $ 495,000.00 _____ are claimed.

05/15/2017
DATE

*(signature)* Jordan E. McKay
[ ] PLAINTIFF [ ] DEFENDANT [x] ATTORNEY FOR [x] PLAINTIFF [ ] DEFENDANT

Jordan E. McKay (VSB No. 80681)
PRINT NAME

MichieHamlett PLLC, 500 Court Square, Suite 300, P.O. Box 298
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

Charlottesville, VA 22902, 434-951-7200

jmckay@michiehamlett.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

FORM CC-1416 (MASTER) PAGE ONE 07/16

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

# Civil Action Type Codes
## (Clerk's Office Use Only)

Accounting .................................................. ACCT
Adoption ...................................................... ADOP
Adoption – Foreign .................................... FORA
Adult Protection ......................................... PROT
Aid and Guidance ......................................... AID
Amend Death Certificate ............................. ADC
Annexation .................................................. ANEX
Annulment .................................................. ANUL
Annulment – Counterclaim/Responsive Pleading... ACRP
Appeal/Judicial Review
    ABC Board ............................................. ABC
    Board of Zoning ................................... ZONE
    Compensation Board ............................ ACOM
    DMV License Suspension ........................ JR
    Employment Commission ...................... EMP
    Employment Grievance Decision ......... GRV
    Local Government ............................... GOVT
    Marine Resources ................................ MAR
    School Board ............................................. JR
    Voter Registration ............................... AVOT
    Other Administrative Appeal ............... AAPL
Appointment
    Conservator of Peace ............................. COP
    Church Trustee ..................................... AOCT
    Custodian/Successor Custodian (UTMA) ...... UTMA
    Guardian/Conservator ......................... APPT
    Marriage Celebrant ............................. ROMC
    Standby Guardian/Conservator ........... STND
Approval of Transfer of Structured Settlement ......... SS
Asbestos Litigation .......................................... AL
Attachment ..................................................... ATT
Bond Forfeiture Appeal .................................. BFA
Child Abuse and Neglect – Unfounded Complaint .. CAN
Civil Contempt ............................................. CCON
Claim Impleading Third Party Defendant –
    Monetary Damages/No Monetary Damages ......... CTP
Complaint – (Miscellaneous) ...................... COM
Compromise Settlement .............................. COMP
Condemnation ............................................. COND
Confessed Judgment ........................................ CJ
Contract Action ........................................... CNTR
Contract Specific Performance ................... PERF
Counterclaim – Monetary Damages/No Monetary
    Damages ................................................. CC
Cross Claim ................................................. CROS
Declaratory Judgment ................................. DECL
Declare Death .............................................. DDTH
Detinue .......................................................... DET
Divorce
    Complaint – Contested/Uncontested ........ DIV
    Counterclaim/Responsive Pleading ...... DCRP
    Reinstatement – Custody/Visitation/Support/
      Equitable Distribution ......................... CVS
Driving Privileges
    Reinstatement pursuant to § 46.2-427 ......... DRIV
    Restoration – Habitual Offender or
3rd Offense ................................................. REST

Ejectment .................................................... EJET
Encumber/Sell Real Estate ............................... RE
Enforce Vendor's Lien ................................ VEND
Escheatment ................................................... ESC
Establish Boundaries ................................... ESTB
Expungement .............................................. XPUN
Forfeiture of Property or Money ................ FORF
Freedom of Information .................................. FOI
Garnishment ............................................... GARN
Injunction ....................................................... INJ
Intentional Tort ........................................... ITOR
Interdiction .................................................. INTD
Interpleader ................................................. INTP
Interrogatory ............................................... INTR
Judgment Lien – Bill to Enforce ................. LIEN
Landlord/Tenant ............................................. LT
Law Enforcement/Public Official Petition ......... LEP
Mechanics Lien .......................................... MECH
Medical Malpractice ..................................... MED
Motor Vehicle Tort ......................................... MV
Name Change ................................................... NC
Other General Tort Liability ...................... GTOR
Partition ...................................................... PART
Permit, Unconstitutional Grant/Denial by Locality LUC
Petition – (Miscellaneous) ............................ PET
Product Liability ......................................... PROD
Quiet Title ....................................................... QT
Referendum Elections ................................. ELEC
Reinstatement (Other than divorce or driving
    privileges) ............................................. REIN
Removal of Case to Federal Court ............... REM
Restore Firearms Rights – Felony ............... RFRF
Restore Firearms Rights – Review ............... RFRR
Separate Maintenance ..................................... SEP
Separate Maintenance – Counterclaim/Responsive
    Pleading ............................................... SCRP
Sever Order ................................................. SEVR
Taxes
    Correct Erroneous State/Local ............ CTAX
    Delinquent ............................................ DTAX
Termination of Mineral Rights .................... MIN
Trust – Impress/Declare/Create .................. TRST
Trust – Reformation .................................... REFT
Uniform Foreign Country Money Judgments ...... RFCJ
Unlawful Detainer ............................................ UD
Vehicle Confiscation ..................................... VEH
Voting Rights – Restoration ........................ VOTE
Will Construction ....................................... CNST
Will Contested ............................................ WILL
Writs
    Certiorari ................................................. WC
    Habeas Corpus ...................................... WHC
    Mandamus ............................................... WM
    Prohibition .............................................. WP
    Quo Warranto ....................................... WQW
Wrongful Death ............................................. WD

# Circuit Court Civil Filing Fee Calculation

| Case Type: | Intentional Tort - $100,000.01 to $500,000 |
| --- | --- |
| Levy/FiFA: | No |
| Court: | Amherst Circuit |
| Suit Amount: | $ 500,000 |
| Date: | 5/15/2017 |

| **Fee** | **Amount** |
| --- | --- |
| Writ Tax(049) | $ 25.00 |
| State Police Fee(104) | 0.00 |
| Technology Trust Fund(106) | 5.00 |
| Legal Aid Fee(123) | 9.00 |
| Court Technology Fund(170) | 10.00 |
| Clerk Fee(304) | 240.00 |
| Docket Fee(307) | 0.00 |
| Bond Fee(315) | 0.00 |
| Indigent Defense Fund(147) | 1.00 |
| Registry Fee(157) | 0.00 |
| Law Library Fee(219) | 0.00 |
| Courthouse Maintenance Fee(229) | 0.00 |
| Courthouse Construction Fee(228) | 0.00 |
| CHP Background VCIN Fee(237) | 0.00 |
| E-Filing Fee (426) | 0.00 |
| * Sheriff Services | |
| 0   In State(206) | 0.00 |
| **Total:** | **$ 290.00** |

*Garnishments and Interrogatories with a new levy and/or Fifa include additional sheriff service fees.
**Attachments and Ejectments include an additional $25 levy fee.
***For Conservator of the Peace filings, the $3 bond fee may not apply. Please call your local circuit
court for instructions.

EDWARD B. LOWRY
RONALD R. TWEEL
GARY W. KENDALL
JOHN V. LITTLE
JAMES P. COX, III
M. BRYAN SLAUGHTER (VA, WV)
J. GREGORY WEBB (VA, WV)
R. LEE LIVINGSTON
DAVID W. THOMAS (VA, DC)
E. KYLE McNEW
JASON P. SEIDEN
JORDAN E. McKAY (VA, DC)
LISA S. BROOK
ELLEN C. BOGNAR (VA, FL)
BRITTANI L. LEMONDS

*Of Counsel*
EDWARD R. SLAUGHTER, JR.

*Retired*
THOMAS J. MICHIE
LEROY R. HAMLETT, JR.
CHRISTINE THOMSON
ELIZABETH P. COUGHTER

BRUCE D. RASMUSSEN
(1946-2004)

## MICHIEHAMLETT
### ATTORNEYS AT LAW

500 COURT SQUARE, SUITE 300   ■   P.O. BOX 298
CHARLOTTESVILLE, VIRGINIA 22902-0298
www.michiehamlett.com
TELEPHONE: 434-951-7200  FACSIMILE: 434-951-7218
DIRECT DIAL:  434- 951-7239       DIRECT FAX:  434-951-7259
mbaldwin@michiehamlett.com

**VIA HAND DELIVERY**

May 15, 2017

Hon. Deborah C. Mozingo, Clerk
Amherst Circuit Court
P. O. Box 462
113 Taylor Street
Amherst, VA 24521

Filed in Clerk's Office
Amherst Circuit Court

**MAY 18 2017**

Deborah Coffey Mozingo
*Clerk*

Re:   *Lorna Wyckoff and Randolph Wyckoff v. Grief, Inc.*
       Case No. _____

Dear Ms. Mozingo,

On behalf of Edward B. Lowry and Jordan E. McKay, please find enclosed relative to the above-styled matter the following:

1.   a Complaint for filing (one original and one copy);
2.   a Civil Cover Sheet; and
3.   a check in the amount of $290.00 for the filing fee.

Once you have processed the Complaint, please issue a summons as to the Defendant; an extra copy of the Complaint is enclosed for that purpose. Then, please return the summons and Complaint in the enclosed, self-addressed stamped envelope. Thank you for your assistance, and do not hesitate to call or email me with any questions.

Sincerely,

Matthew J. Baldwin
Paralegal

Enclosures

C:     Edward B. Lowry, Esq. (via email w/encl.)
       Jordan E. McKay, Esq. (via email w/encl.)
       Clients (via email w/encl.)



**OFFICIAL RECEIPT**
**AMHERST CIRCUIT COURT**
**CIVIL**

**DATE :** 05/18/2017      **TIME :** 15:08:41      **CASE # :** 009CL1700013900

**RECEIPT # :** 17000004582    **TRANSACTION # :** 17051800041

**CASHIER :** BNW      **REGISTER # :** A905      **FILING TYPE :** GTOR      **PAYMENT :** FULL PAYMENT

**CASE COMMENTS :** WYCKOFF, LORNA v. GREIF INC

**SUIT AMOUNT :** $495,000.00

**ACCOUNT OF :** WYCKOFF, LORNA

**PAID BY :** MICHIE HAMLETT LOWRY RASMUSSEN

**CHECK :** $290.00      **CHECK NUMBER :** 133890

**DESCRIPTION 1 :** GTOR:GENERAL TORT LIABILITY/INJUNCTION/PRIVATE NUISANCE

**2 :** PLAINTIFF: WYCKOFF, LORNA

**3 :** NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID | ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 | 106 | (TTF) TECHNOLOGY TRUST FUND FEE (CIRCUIT COURT) | $5.00 |
| 123 | LEGAL AID SERVICES | $9.00 | 147 | INDIGENT ASSISTANCE (INA) | $1.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 | 304 | CIVIL FILING FEE (LAW & EQUITY) | $240.00 |

**TENDERED : $**    290.00

**AMOUNT PAID : $**    290.00

PAYOR'S COPY      *CLERK OF COURT :* DEBORAH C. MOZINGO      RECEIPT COPY 1 OF 2

# COMMONWEALTH OF VIRGINIA



## SUMMONS – CIVIL ACTION
RULE 3:5; VA. CODE § 8.01-2

Case No. CL17000139-00

AMHERST COUNTY CIRCUIT COURT

113 TAYLOR ST., P. O. BOX 462, AMHERST, VA. 24521

ADDRESS

TO:

GREIF, INC.

SERVE: CT CORPORATION SYSTEM, RA

4701 COX ROAD, SUITE 285

GLEN ALLEN, VA. 23060

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

MAY 18, 2017                    DEBORAH COFFEY MOZINGO                    Clerk

DATE

by _Barbara N Wood_

DEPUTY CLERK

Instructions: .................................................................................................................

.................................................................................................................

.................................................................................................................

Hearing Official: .................................................................................................................

FORM CC-1400 MASTER 10/13

# COMMONWEALTH OF VIRGINIA



# SUMMONS – CIVIL ACTION

RULE 3:5; VA. CODE § 8.01-2

Case No. CL17000139-00

### AMHERST COUNTY CIRCUIT COURT

113 TAYLOR ST., P. O. BOX 462,  AMHERST, VA. 24521

ADDRESS

TO:

GREIF, INC.

SERVE:  CT CORPORATION SYSTEM, RA

4701 COX ROAD, SUITE 285

GLEN ALLEN, VA.  23060

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

MAY 18, 2017

DATE

DEBORAH COFFEY MOZINGO                     Clerk

by _____Barbara N Wood_____

DEPUTY CLERK

Instructions: ..................................................................................................................................

.......................................................................................................................................................

.......................................................................................................................................................

Hearing Official: ...........................................................................................................................

FORM CC-1400 MASTER 10/13

**The Marston Agency, Inc.**                                                      05/23/17
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)
**RETURN ON SERVICE**

| | | | |
|---|---|---|---|
| **Plaintiff:** | Lorna Wyckoff, et al | **Court:** | Amherst County Circuit Court |
| **Defendant:** | Greif, Inc | **Case:** | cl17000139 |
| **Serve:** | Greid Inc | **Return Date:** | |
| | Serve: CT Corporation, R/A | **Time:** | |
| | 4701 Cox Road, Suite 285 | | |
| | Glen Allen, VA 23060 | | |
| **Contact:** | Edward B. Lowry | **Phone:** | 434-951-7224 |
| | 500 Court Square | **Reference:** | |
| | Suite 300 | | |
| | Charlottesville, VA 22902 | | |

**Type(s) of Writ(s)**                                                   paper:2183686

Summons and Complaint

Witness/Defendant Greid Inc was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(✓) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _C. Kuller_____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _5-24-17_              Served Time: _9:30_

_____
Signature of Process Server

**Notary**

State of: Virginia            County/City of: Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this _25_ day of May/Jun 20 _17_

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 470283 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No | |
|---|---|---|---|---|---|---|
| **Attempts** | **-1-** | **-2-** | **-3-** | **-4-** | **-5-** | **-6-** |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

REMARKS -

Teresa Brown, per affidavit

*Filed in Clerk's Office
Amherst Circuit Court
JUN -5 2017
Deborah Coffey Mozingo
Clerk*

*GAIL E. TIMBERS
NOTARY
PUBLIC
REG # 240813
MY COMMISSION
EXPIRES
10/31/2017
COMMONWEALTH OF VIRGINIA*

## Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CT's capacity as registered agent.

<u>PLEASE NOTE</u>: The Code of Virginia §§ 13.1-634 provides in part:

"Registered office and registered agent.
A....

B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System, nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

| Lisa Uttech | Katie Bush | Teresa Brown | Jabrel Samuel |

This authorization does not certify the receipt or acceptance of any specific process.

_____

Lisa Uttech
Corporate Operations Manager
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Lisa Uttech, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.
Subscribed and sworn before me this 14th day of December, 2015.

_____
Notary Public

Teresa Michelle Brown
Notary Public, Commonwealth of Virginia
My Commission Expires August 31, 2017
Commission ID #286304

VIRGINIA: IN THE CIRCUIT COURT OF AMHERST COUNTY

LORNA WYCKOFF and
RANDOLPH WYCKOFF,

*ORDER*

V.                                        Amherst Circuit Court File: CL17000139-00

GREIF, INC.,

Defendant.

The undersigned Michael T. Garrett, presiding judge in the Circuit Court of the Amherst

County, recuses himself from presiding in this case. Pursuant to the disqualification policy of the

Supreme Court of Virginia, the Honorable F. Patrick Yeatts, Chief Judge of the Twenty-fourth

Judicial Circuit is requested to designate a Judge to preside in this case or request the Supreme

Court of Virginia to designate a presiding judge.

The Clerk is directed to mail a certified copy of this order to Jordan E. McKay, Esq.,

MichieHamlett PLLC, 500 Court Sq., Suite 300, P. O. Box 298, Charlottesville, VA 22902.

**ENTERED** this 2nd June day of May, 2017.

**MICHAEL T. GARRETT, JUDGE**

ENTERED
Civil Order Book
No. 33 Page 136

JUN - 2 2017

VIRGINIA:

IN THE CIRCUIT COURT OF AMHERST COUNTY

*Filed in Clerk's Office
Amherst Circuit Court
JUN 12 2017
Deborah Coffey Mozingo
Clerk*

LORNA WYCKOFF

and

RANDOLPH WYCKOFF,

            Plaintiffs;

    v.

GREIF, INC.,

            Defendant.

Civil Action No. CL17-139

## NOTICE OF FILING REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that on June 9, 2017, Defendant Greif, Inc., filed a Notice of Removal and related papers in the United States District Court for the Western District of Virginia, Lynchburg Division. A true and accurate copy of the Notice (with exhibit) is attached as Exhibit A and is hereby incorporated by reference as if set forth in full herein.

PLEASE TAKE FURTHER NOTICE that the filing of the Notice effects the removal of this action, and this Court is hereby directed to proceed no further unless and until the action is remanded. 28 U.S.C. § 1446(d).

Respectfully submitted,

GREIF, INC.

By: _____
    Of Counsel

WOODS ROGERS PLC
ATTORNEYS AT LAW

{#2210863-1, 113932-00002-01}

Christopher W. Stevens (VSB No. 41931)
Justin E. Simmons (VSB No. 77319)
WOODS ROGERS PLC
P.O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7600
Fax: (540) 983-7711
cstevens@woodsrogers.com
jsimmons@woodsrogers.com

*Counsel for Defendant Greif, Inc.*

WOODS ROGERS PLC
ATTORNEYS AT LAW

2

{#2210863-1, 113932-00002-01}

## CERTIFICATE OF SERVICE

I hereby certify that on June **7**, 2017, a true and accurate copy of the foregoing

Notice of Filing of Removal to Federal Court (with exhibit) was sent by first-class mail, postage

prepaid, to the following counsel of record:

Edward B. Lowry
Jordan W. McKay
MICHIEHAMLETT PLLC
P.O. Box 298
Charlottesville, VA 22902

*Counsel for Plaintiffs Randolph and Lorna Wyckoff*

_____

WOODS ROGERS PLC
ATTORNEYS AT LAW

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

LORNA WYCKOFF

   and

RANDOLPH WYCKOFF,

         Plaintiffs;

   v.

GREIF, INC.,

         Defendant.

Civil Action No. _____

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendant Greif, Inc., hereby removes this action, which is currently pending in the Circuit Court of Amherst County, Virginia, to this Court. As grounds for removal, Greif states as follows:

1.     On information and belief, Plaintiffs Randolph and Lorna Wyckoff are, and at the time of the filing of the Complaint were, citizens of Virginia.

2.     Greif is a foreign corporation organized and existing under the laws of Delaware and having its principal place of business in Ohio. It is thus a citizen of Delaware and Ohio.

3.     On May 18, 2017, the Wyckoffs filed this action against Greif in Amherst County Circuit Court (Case No. CL17-139), alleging claims for injunctive relief and private nuisance.

4.     Greif, through its registered agent, was served with the summons and Complaint on May 24, 2017. True and accurate copies of the summons and Complaint are attached collectively as Exhibit 1, as required by 28 U.S.C. § 1446(a).

*{#2210862-1, 113932-00002-01}*

**EXHIBIT**

**tabbies**

A

5.    Greif files this Notice within 30 days after receiving the summons and Complaint, as required by 28 U.S.C. § 1446(b).

6.    This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a), because the amount in controversy alleged in the Complaint exceeds $75,000, exclusive of interest and costs, and because the Wyckoffs and Greif are citizens of different states.

7.    Venue is proper here because Amherst County is a part of this Court's Lynchburg Division.

8.    Greif has notified the Wyckoffs' counsel of the filing of this Notice and filed a copy of the Notice with the Clerk of the Amherst County Circuit Court, as required by 28 U.S.C. § 1446(d).

Based on the foregoing, this action is properly removed from the Amherst County Circuit Court to this Court.  Greif thus requests that this Court enter such order or take such other action as may be appropriate to effectuate the removal of this action, in accordance with 28 U.S.C. §§ 1332(a), 1441, and 1446.

Dated: June 9, 2017                                    Respectfully submitted,

                                                       GREIF, INC.

                                                       /s/Justin E. Simmons
                                                       Of Counsel

Christopher W. Stevens (VSB No. 41931)
Justin E. Simmons (VSB No. 77319)
WOODS ROGERS PLC
P.O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7600
Fax: (540) 983-7711
cstevens@woodsrogers.com
jsimmons@woodsrogers.com

*Counsel for Defendant Greif, Inc.*

2

{#2210862-1, 113932-00002-01}

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I filed the foregoing Notice of Removal (with

exhibit) using the Court's CM/ECF system and that I mailed the same by first-class mail, postage

prepaid, to the following counsel of record:

    Edward B. Lowry
    Jordan W. McKay
    MICHIEHAMLETT PLLC
    P.O. Box 298
    Charlottesville, VA 22902

    *Counsel for Plaintiffs Randolph and Lorna Wyckoff*

                /s/Justin E. Simmons

3

# EXHIBIT 1

# COMMONWEALTH OF VIRGINIA



## SUMMONS – CIVIL ACTION
RULE 3:5; VA. CODE § 8.01-2

Case No. CL17000139-00

AMHERST COUNTY CIRCUIT COURT

113 TAYLOR ST., P. O. BOX 462, AMHERST, VA. 24521
ADDRESS

TO:

GREIF, INC.

SERVE: CT CORPORATION SYSTEM, RA

4701 COX ROAD, SUITE 285

GLEN ALLEN, VA. 23060

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

MAY 18, 2017
DATE

DEBORAH COFFEY MOZINGO                    Clerk

by _____Barbara M Wood_____
DEPUTY CLERK

Instructions: ...................................................................................................................................................................
......................................................................................................................................................................................

Hearing Official: .........................................................................................................................

FORM CC-1400 MASTER 10/13

**VIRGINIA: IN THE CIRCUIT COURT FOR AMHERST COUNTY**

**LORNA WYCKOFF, and**
**RANDOLPH WYCKOFF,**

**Plaintiffs,**

**v.**

Case No. **17000139**

**GREIF, INC.**
Serve: CT Corporation System, RA
      4701 Cox Road, Suite 285
      Glen Allen, VA 23060

*Clerk*
Deborah Coffey Mozingo

MAY 18 2017

Amherst Circuit Court
Filed In Clerk's Office

**Defendant.**

**COMPLAINT**

COMES NOW the Plaintiffs, Lorna Wyckoff and Randolph Wyckoff, by counsel, and bring their Complaint against Greif, Inc. as follows:

**PARTIES**

1.     Randolph and Lorna Wyckoff are husband and wife and are natural persons that are over the age of 18.  Randolph and Lorna Wyckoff primarily reside in Richmond, Virginia.

2.     Greif, Inc. ("Greif") is a Delaware corporation with its principal office in Delaware, Ohio.  Greif is also registered as a foreign corporation in Virginia and runs a factory located at 861 Fiber Plant Rd., Gladstone, Virginia.

**JURISDICTION AND VENUE**

3.     This cause of action arose in the Amherst County, Virginia.

4.     This Court has jurisdiction over this matter pursuant to § 17.1-513 of the Code of Virginia (the "Code").

5.     Venue is proper in this Court pursuant to Va. Code § 8.01-262(3) and (4).

6.     This Court has personal jurisdiction over the Defendants pursuant to §§ 8.01-328.1(1), (2), and (3) of the Code.

## GENERAL ALLEGATIONS

7.     Randolph and Lorna Wyckoff own a home located at 1642 Edgehill Plantation Road in Gladstone, VA (the "Property").

8.     The Property was built in 1803 and has been in the Wyckoff's family since 1930.

9.     The Wyckoffs have used the Property as a weekend retreat, primarily during the summer and fall months.

10.     On occasion, Randolph and Lorna Wyckoff will spend a weekend at the Property during the winter and spring months, as well.

11.     Sometime during the spring of 2016, the Wyckoffs began hearing a loud constant high-pitched whine emanating from the direction of the Greif, Inc. manufacturing plant (hereinafter referred to as "Greif"), located at 861 Fiber Plant Rd., Gladstone, Virginia.

12.     The high-pitched noise can be heard at every location of the Property and even inside the Wyckoffs' house.

13.     While the volume of the noise may change from day to day, ranging anywhere from a high-pitched whine to a sound like that of a jet engine, the noise is extremely obnoxious.

14.     Because of the noise, the Wyckoffs are unable to enjoy the Property and the noise from the Greif plant obstructs their reasonable and comfortable use of the Property.

15.     Prior to the noise, the Wyckoffs would often sit in their yard, entertain guests there and use the outdoor swimming pool located on the Property.  However, because of the noise from Greif, this and other reasonable and comfortable uses of the Property has been obstructed.

16.    Indeed, on some days, the noise from Greif is so loud that the Wyckoffs cannot even obtain a respite from the noise by going inside their house.

17.    The Wyckoffs have attempted to sell the property and based on the housing market in the area, listed the Property for $495,000.

18.    However, because of the constant and obnoxious noise coming from Greif, the Wyckoffs have not been able to sale the Property.

19.    While they have received initial interest from potential buyers, all have immediately lost interest after visiting the home and hearing the noise coming from Greif.

20.    Indeed, on or about April 2, 2016, the Wyckoffs' real estate agent informed them that the noise coming from Greif made the sale of the Property on reasonably favorable terms impossible.

21.    In March 2017, the Wyckoffs' realtor showed the house to prospective buyers. According to the Wyckoffs' realtor, on the day the house was shown, the noise coming from the factory sounded "just like a jet engine" getting ready to take off.  The realtor added that although the prospective buyers "loved the house, the [noise] was basically a deal killer for them."

22.    The noise from Greif has diminished the fair market of the Wyckoffs' Property and has made the Property completely unmarketable.

## COUNT I – INJUNCTIVE RELIEF

23.    Plaintiff incorporate by reference all factual allegations contained in the Complaint as though restated herein.

24.    Because of the noise coming from Greif, the Wyckoffs are unable to use and enjoy their property.

25.     Indeed, the noise from Greif has caused an appreciable, substantial tangible injury that affects the comfort and property of the Plaintiffs and has caused actual physical discomfort to the Plaintiffs and unnecessary damage and annoyance.

26.     As such, the Defendant should be enjoined from creating any further nuisance that could harm or interfere with the Wyckoffs' use and enjoyment of the Property.

## COUNT II – PRIVATE NUISANCE

27.     In the alternative to Count I, should the court find that injunctive relief is not warranted and Plaintiffs have a remedy at law, Plaintiffs incorporate by reference all factual allegations contained in the Complaint as though restated herein.

28.     Plaintiffs are the proper and rightful owners of the Property.

29.     The noise emanating from the Defendant's factory has caused injury to the Plaintiff including, among other things, obstructing the Plaintiffs' reasonable and comfortable use of and enjoyment of the Property.

30.     The discomfort and annoyance created by the noise from the Defendant's factory has caused a material disturbance or annoyance in the use of the Property amounting to a private nuisance.

31.     As a direct and proximate result of the Defendant's actions and omissions in creating the above-described nuisance, Plaintiffs have suffered, and will continue to suffer, damages, including diminished use and enjoyment of their property and diminished property value, in the amount of at least $495,000.

WHEREFORE, Plaintiffs request that this Court enter an order:

A.    As to Count I, enjoining the Defendant from interfering with the Plaintiffs' use and enjoyment of their Property.

B.    As to Count II, in the alternative, grant judgment in Plaintiffs favor against the Defendant in the amount of at least $495,000.00 for the compensation for loss or deprivation of rights associated with the Property and for harm resulting therefrom.

C.    Pre- and post-judgment interest at the rate of 6%, and

D.    Such further relief as may seem appropriate to the Court.

Respectfully Submitted,
LORNA WYCKOFF
RANDOLPH WYCKOFF
By counsel

Edward B. Lowry, Esq.        VSB #12199
Jordan E. McKay, Esq.        VSB # 80681
MichieHamlett PLLC
500 Court Square, Suite 300
P.O. Box 298
Charlottesville, Virginia 22902
Phone: (434) 951-7200
Fax:    (434) 951-7242
elowry@michiehamlett.com
jmckay@michiehamlett.com

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Lorna Wyckoff and Randolph Wyckoff | Greif, Inc. |

| **(b)** County of Residence of First Listed Plaintiff    Richmond, VA | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Edward Lowry and Jordan McKay, MichieHamlett PLLC, P.O. Box 298, Charlottesville, VA 22902, (434) 951-7200 | Christopher Stevens and Justin Simmons, Woods Rogers PLC, P.O. Box 14125, Roanoke, VA 24038, (540) 983-7600 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | | | | | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* | Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | | ☐ 4 | ☐ 4 |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | | ☐ 5 | ☒ 5 |
| | | | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☒ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |
|---|---|---|---|---|---|---|

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: <br> 28 U.S.C. 1332(a), 1441, 1446 |
|---|---|
| | Brief description of cause: <br> Private Nuisance (Noise) |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ <br> 495,000.00 | CHECK YES only if demanded in complaint: <br> JURY DEMAND:   ☐ Yes   ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | | DOCKET NUMBER | |
|---|---|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 06/09/2017 | /s/Justin E. Simmons |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 06/12/2017 14:52
                              NAME  : AMHERST COUNTY CLERK
                              FAX   : 4349469323
                              TEL   : 4349469321
                              SER.# : 000M5V589412
```

```
DATE,TIME              06/12  14:52
FAX NO./NAME           88471350
DURATION               00:00:14
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

WHEREFORE, Plaintiffs request that this Court enter an order:

A.    As to Count I, enjoining the Defendant from interfering with the Plaintiffs' use and enjoyment of their Property.

B.    As to Count II, in the alternative, grant judgment in Plaintiffs favor against the Defendant in the amount of at least $495,000.00 for the compensation for loss or deprivation of rights associated with the Property and for harm resulting therefrom.

C.    Pre- and post-judgment interest at the rate of 6%, and

D.    Such further relief as may seem appropriate to the Court.

Respectfully Submitted,
LORNA WYCKOFF
RANDOLPH WYCKOFF
By counsel

Edward B. Lowry, Esq.       VSB #12199
Jordan E. McKay, Esq.       VSB # 80681
MichieHamlett PLLC
500 Court Square, Suite 300
P.O. Box 298
Charlottesville, Virginia 22902
Phone: (434) 951-7200
Fax:   (434) 951-7242
elowry@michiehamlett.com

```
TRANSMISSION VERIFICATION REPORT
```

```
                                  TIME   : 06/12/2017 14:52
                                  NAME   : AMHERST COUNTY CLERK
                                  FAX    : 4349469323
                                  TEL    : 4349469321
                                  SER.#  : 000M5V589412
```

```
DATE,TIME              06/12  14:50
FAX NO./NAME           88471350
DURATION               00:01:34
PAGE(S)                14
RESULT                 OK
MODE                   STANDARD
                       ECM
```



**WOODS ROGERS**
ATTORNEYS AT LAW

JUSTIN E. SIMMONS
(540) 983-7795
jsimmons@woodsrogers.com

June 9, 2017

Hon. Deborah C. Mozingo, Clerk
Amherst Circuit Court
P.O. Box 462
113 Taylor Street
Amherst, VA 24521

*Filed in Clerk's Office*
*Amherst Circuit Court*

*JUN 1 2 2017*

*Deborah Coffey Mozingo*
*Clerk*

Re:  **Lorna Wyckoff and Randolph Wyckoff v. Greif, Inc.**
     **Case No. CL17000139-00**

Dear Ms. Mozingo:

Enclosed for filing on behalf of the Defendant please find a Notice of Filing Removal to Federal Court.

By copy of this letter, I am notifying counsel for the Plaintiff of this transmittal.

If you have any questions, please feel free to contact me.  Thank you for your assistance on this matter.

Sincerely,

WOODS ROGERS PLC

Justin E. Simmons

JES:emk



JUSTIN E. SIMMONS
(540) 983-7795
jsimmons@woodsrogers.com

June 9, 2017

Hon. Deborah C. Mozingo, Clerk
Amherst Circuit Court
P.O. Box 462
113 Taylor Street
Amherst, VA 24521

*Filed in Clerk's Office
Amherst Circuit Court
JUN 12 2017
Deborah Coffey Mozingo
Clerk*

   Re:   **Lorna Wyckoff and Randolph Wyckoff v. Greif, Inc.**
          **Case No. CL17000139-00**

Dear Ms. Mozingo:

   Enclosed for filing on behalf of the Defendant please find a Notice of Filing Removal to Federal Court.

   By copy of this letter, I am notifying counsel for the Plaintiff of this transmittal.

   If you have any questions, please feel free to contact me. Thank you for your assistance on this matter.

                    Sincerely,

                    WOODS ROGERS PLC

                    Justin E. Simmons

JES:emk
Enclosure

cc:   Edward B. Lowry & Jordan W. McKay, Esq. (*w/encl.*)

*{2213662-1, 113932-00002-01}*

P.O. Box 14125, Roanoke, Virginia 24038-4125
10 S. Jefferson Street, Suite 1400, Roanoke, Virginia 24011
P (540) 983-7600 • F (540) 983-7711

**w w w . w o o d s r o g e r s . c o m**

Charlottesville ● Danville ● Lynchburg ● Richmond ● Roanoke

VIRGINIA:  IN THE CIRCUIT COURT FOR THE COUNTY OF AMHERST

LORNA WYCKOFF
and
RANDOLPH WYCKOFF,
        *Petitioners*

v.                                    Case No. CL17000139-00

GREIF, INC.,
        *Respondent*.

### ORDER

    It appearing to the Court that an order of disqualification of Michael T. Garrett, presiding judge in the Circuit Court of Amherst County, Virginia, was entered June 2, 2017.  Pursuant to the disqualification policy of the Supreme Court of Virginia, it is hereby ordered that R. Edwin Burnette, Jr., Judge, is designated to preside over this case.

    The Clerk is directed to forward certified copies of this order to The Honorable Donald W. Lemons, Chief Justice of the Supreme Court of Virginia, The Honorable Michael T. Garrett, Judge, and to all counsel of record.

    ENTERED this _____ day of June 2017.

                                 _____, CHIEF JUDGE
                             E. PATRICK YEATTS

ENTERED
Civil Order Book
No. 33 Page 173A

JUN - 9 2017

# TWENTY-FOURTH JUDICIAL CIRCUIT
# OF VIRGINIA

F. PATRICK YEATTS, JUDGE
900 COURT STREET
P.O. BOX 4
LYNCHBURG, VA 24505
(434) 455-2600
(434) 847-1350 (FAX)



R. EDWIN BURNETTE, JR., JUDGE
900 COURT STREET
P.O. BOX 4
LYNCHBURG, VA 24505
(434) 455-2600
(434) 847-1863 (FAX)

COMMONWEALTH OF VIRGINIA
CITIES OF LYNCHBURG AND BEDFORD
COUNTIES OF AMHERST, BEDFORD, CAMPBELL AND NELSON

June 9, 2017

Jordan E. McKay, Esq.
MichieHamlett, PLLC
P.O. Box 298
Charlottesville, VA 22902

GREIF, Inc.
c/o CT Corporation System, RA
4701 Cox Road
Suite 285
Glen Allen, VA 23060

*Filed in Clerk's Office
Amherst Circuit Court
JUN 15 2017
Deborah Coffey Mozingo
Clerk*

   In Re: Lorna Wyckoff and Randolph Wyckoff v GREIF, Inc.
          Amherst Circuit Court Case No. CL17000139-00

Dear Counsel:

   In response to an order of disqualification entered by Judge Michael T. Garrett in the above captioned matter, I, as current Chief Judge of the Twenty-Fourth Judicial Circuit, designate Judge R. Edwin Burnette, Jr. to preside over this case. An order of designation has been entered and under this cover is being sent to Deborah Coffey Mozingo, Clerk of Amherst County Circuit Court, with instructions to forward certified copies to all counsel of record, pro se parties, Judge Michael T. Garrett and the Chief Justice of the Supreme Court of Virginia.

                                        Very truly yours,

                              By: _____, Chief Judge

FPY/rmg
c: Hon. Donald W. Lemons, Chief Justice
   Hon. Michael T. Garrett, Judge
   Hon. Deborah Coffey Mozingo, Clerk